**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE:  WHISKEY CHARLIE'S LLC<br>          aka LEFT FIELD SPIRITS & GRILL | Case No.     10-37513-11 |
| | Chapter      11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initial and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address and zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Erhard & Jennings<br>1601 Elm Street, Suite 4242<br>Dallas, Texas 75201 | Jim Jennings<br>1601 Elm Street<br>Suite 4242<br>Dallas, Texas 75201<br>(214) 720-4001 | Legal Fees | | $27,392.00 |
| Ventura Sports<br>1608-C Marsh Harbor Lane<br>Mount Pleasant, SC 29464 | Mark Schuster<br>1608-C Marsh Harbor Lane<br>Mount Pleasant, SC 29464<br>(843) 367-3832 | Real Property Lease | Disputed, contingent, unliquidated | $21,666.00 |
| Brilliant Energy LLC<br>800 Wilcrest<br>Houston, TX 77042 | Erica<br>Brilliant Energy LLC<br>800 Wilcrest<br>Houston, TX 77042<br>713-789-8800 | Electricity | Disputed | $20,993.53 |
| Atmos Energy<br>1005 Convention Plaza<br>St. Louis MO 63101 | Atmos Energy<br>1005 Convention Plaza<br>St. Louis MO 63101<br>888-286-6700 | Gas | | $2,500.00 (approximately) |
| Don Giddens<br>4425 Traditional Tr.<br>Plano, TX 75093 | Don Giddens<br>4425 Traditional Tr.<br>Plano, TX 75093<br>469-374-9000 | Personal Loan | | $5,000.00 |
| Ed Sims<br>2230 Riverhill<br>Irving, TX 75061 | Ed Sims<br>2230 Riverhill<br>Irving, TX 75061 | Services | | $1,966.64 |

| | 972-841-5961 | | | |
|---|---|---|---|---|
| AHL Poker<br>8401 Memorial Ln #5103<br>Plano, TX 75024 | Adam<br>8401 Memorial Ln #5103<br>Plano, TX 75024<br>972-978-7313 | Services | | $900.00 |
| Hawk Electronics 145000 Trinity Blvd. Ste. 100 Fort Worth, TX 76155 | Hawk Electronics 145000 Trinity Blvd. Ste. 100 Fort Worth, TX 76155<br>866-593-3485 | Alarm System and Security | | $750.00 |
| Direct TV<br>PO BOX 60036<br>Los Angeles, CA 90060 | Direct TV<br>PO BOX 60036<br>Los Angeles, CA 90060<br>866 369 9952 | Television Service | | $632.18 |
| Prasla Financial Group Inc.<br>2300 Valley View Lane,<br>Ste 1000<br>Irving, TX 75062 | Prasla Financial Group Inc.<br>2300 Valley View Lane,<br>Ste 1000<br>Irving, TX 75062<br>214-239-1609 | Liability Insurance | | $178.35 |
| | | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge and belief.

Date: 10/27/2010                Signature:        */s/ Jennifer Elrod*
                                                  Jennifer Elrod
                                                  CEO